FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC DUANE ANDERSON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LORI BISHOP, et al.,<br><br>　　　　　　　　Defendants. | NO: 2:20-CV-83-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE |

　　Magistrate Judge John T. Rodgers filed a Report and Recommendation on April 23, 2020, recommending that Plaintiff's Complaint be dismissed without prejudice for failure to pay the requisite filing fee or submit a properly completed Application to Proceed *In Forma Pauperis*. ECF No. 5 (citing ECF Nos. 3 and 4). Objections were due on or before May 7, 2020. Upon review of the record, the Court finds that Plaintiff still has not paid the filing fee or submitted a properly completed Application to Proceed *In Forma Pauperis*. Additionally, no objections to the Magistrate Judge's Report and Recommendation have been filed.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation at **ECF No. 5** in its entirety.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff shall provide notice of this dismissal to any and all Defendant(s) that he served with a copy of the Complaint and Summons in this matter.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, provide a copy to Plaintiff, and **close** the file.

**DATED** May 14, 2020.

                         *s/ Rosanna Malouf Peterson*
                         ROSANNA MALOUF PETERSON
                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE ~ 2